ACCEPTED
15-25-00053-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 9:01 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00053-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 9:01:58 PM
CHRISTOPHER A. PRINE
Clerk

_____

**IN THE
COURT OF APPEALS
FIFTEENTH DISTRICT OF TEXAS AT AUSTIN**

_____

## ROYAL BENGAL CONSTRUCTION, INC.

**v.**

## UNITED RENTALS, INC.

Appealed from 191ST Judicial District Court
Trial Court Cause No. DC-24-02808 in Dallas County, Texas

---

### APPELLANT'S MOTION TO DISMISS APPELLANT'S APPEAL

---

**TO THE HONORABLE COURT OF APPEALS**

APPELLANT, by and through counsel, file this MOTION TO DISMISS APPELLANT'S APPEAL and would show this Court the following:

#### BACKGROUND & RELIEF REQUESTED

1. Appellant's Brief on the merits is due on June 30, 2025.

2. Appellant has previously requested extensions for its Appeal.

3. After second, full and thorough review of the Clerk's record in this Matter, Appellant now requests this Court dismiss this Appeal.

4. Appellee did not prove up nor did Appellee request appellate fees in its default judgment, nor are any conditional appellate attorney's fees included in said default judgment order.

## ATTEMPTS TO CONFERENCE

5. Counsel for Appellant emailed Counsel for Appellee regarding this motion, among several other circumstances between the parties, indicating that this Motion would be filed today, asking for a conference regarding this Motion. A response was received, addressing the other matters in the correspondence, and no objection as to filing this Motion was expressed in the response.

6. Based on information and belief, Appellant has no reason to believe Appellee would oppose this relief.

## RELIEF

7. Appellant moves this Court to render an ORDER dismissing this appeal.

## PRAYER FOR RELIEF

Wherefore, premises considered, Movant prays that this Court will GRANT this motion, and prepare an ORDER dismissing this appeal.

**Respectfully Submitted.**

By: /s/ *William Knisley*
**WILLIAM KNISLEY**
SBOT No. 24095728
William@Knisley.Law

**KNISLEY, PLLC**
PO BOX 803710
Dallas TX 75380
(T) 972-925-9225
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document has been E-Served on all parties or their counsel of record through the Texas E-File System via their email address on file on 6/30/2025.

*/s/ William Knisley*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Counsel for Appellant attempted to confer regarding dismissing this appeal via motion and while a specific opposed or unopposed as not stated, no specific objection to this motion was received by Appellant's counsel.

/s/ William Knisley

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 102617361
Filing Code Description: Motion
Filing Description: Motion to Dismiss Appeal
Status as of 7/1/2025 6:59 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Knisley | | William@Knisley.Law | 6/30/2025 9:01:58 PM | SENT |
| Matt Garcia | | matt@barnettgarcia.com | 6/30/2025 9:01:58 PM | SENT |
| Tracy East | | paralegal@barnettgarcia.com | 6/30/2025 9:01:58 PM | SENT |